DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ESMIE LORNA BRYAN,**
Appellant,

v.

**OUTBACK STEAKHOUSE OF FLORIDA, LLC,**
Appellee.

No. 4D22-1402

[July 13, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Fabienne E. Fahnestock, Judge; L.T. Case No. CACE18-015815.

Annabel C. Majewski and Roy D. Wasson of Wasson & Associates, Miami, and Vincent Duffy Goldman & Daskal, P.A., Deerfield Beach, for appellant.

Lissette Gonzalez of Cole, Scott & Kissane, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***